## BANK OF HARTSHORNE v. DAVIS, Adm'r.

No. 26182.   Dec. 8, 1936.

M. O. Counts, for plaintiff in error.

J. W. Callahan and Babb & Babb, for defendant in error.

PER CURIAM. This is a companion case to that of No. 26181, Will J. Shaw v. Lee Davis, Administrator, 178 Okla. 334, 62 P. (2d) 1259, wherein the exact questions involved in this cause are determined and decided, and upon the authority of that opinion the judgment of the district court in this cause is affirmed.

McNEILL, C. J., and BAYLESS, WELCH, CORN, and GIBSON, JJ., concur.